THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES W. EIDT, Respondent, for a Writ of Mandamus against JOHN F. HYLAN and Others, Constituting the Board of Estimate and Apportionment of the City of New York, Appellants.— Order modified in accordance with the views expressed in *People ex rel. Cropsey* v. *Hylan* [*ante*, p. 218], herewith handed down, and as so modified affirmed, with ten dollars costs and disbursements, on the authority of the opinion in that case. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GEORGE· HADJOPOULOS, Appellant, Respondent, v. EVANGELOS LUCA MANOUSSO, Respondent, Appellant.— Judgment and order affirmed, with costs. Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

GEORGE HADJOPOULOS, Appellant, Respondent, v. E. LUCA MANOUSSO, INC., Respondent, Appellant.— Judgment and order affirmed, with costs. Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ISIDORE E. RUBENSTEIN, Respondent, v. L. SCHEPP COMPANY, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CAPITOL WOOLEN Co., INC., Respondent, v. THOMAS RUBIN, Trading under the Firm Name and Style of RUBY COSTUME AND DRESS COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CONSUMERS BOXBOARD AND PAPER COMPANY, Respondent, v. BENJAMIN M. HOLZMAN and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SAMUEL BRODY, Respondent, v. GOLD LEAF TOBACCO COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

AMERICAN RE-INSURANCE COMPANY, Respondent, v. AMERICAN EQUITABLE ASSURANCE COMPANY OF NEW YORK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MORRIS BRUKENFELD, Respondent, v. ROYAL WEAVING COMPANY, Appellant.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SYLVAN MORTGAGE Co., INC., Respondent, v. ALBERT M. STADLER, Appellant.— Determination affirmed, with costs, on opinion of Lehman, J., at Appellate Term. [Reported in 115 Misc. Rep. 311.] Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.